THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANGELO MOTOLA, Appellant.

*People* v. *Motola,* 103 App. Div. 610, appeal dismissed.
(Argued January 8, 1906; decided January 16, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1905, which affirmed a judg-

ment of the Court of Special Sessions of the city of New York convicting the defendant of a misdemeanor.

The motion was made upon the grounds that the appellant had failed to file the return on appeal and had taken no steps to prosecute the appeal since the service of notice thereof.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for motion.

No one opposed.

Motion granted.